PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Lillie Mae WADE |
| **Docket Number:** | 2:01CR00232-01 |
| **Offender Address:** | Vallejo, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/23/2003 |
| **Original Offense:** | 42 USC 408(a)(3) - False Statement (Counts 1 and 2) (CLASS D FELONIES); 42 USC 408(a)(4) - Failure to Report Significant Event Affecting Entitlement to Benefits (Count 3) (CLASS D FELONY) |
| **Original Sentence:** | 36 months probation; $61,138 restitution; $300 special assessment. |
| **Special Conditions:** | Search and seizure; Not dispose of or otherwise dissipate any assets until restitution order is paid in full unless she obtained approval from the Court; Financial disclosure; No new credit charges or additional lines of credit without probation officer approval; Home detention for a period of 160 consecutive days; Prohibited from acting as the representative payee for Social Security benefits for any person other than herself. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 04/23/2003 |
| **Assistant U.S. Attorney:** | Laurel D. White   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mark Reichel   **Telephone:** (916) 498-5700 |

Rev. 04/2005
PROB12A1.MRG

**RE:   Lillie Mae WADE**
    **Docket Number:   2:01CR00232-01**
    <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

**Other Court Action:**           None

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  During the period of supervised release, the offender has made no payments towards her special assessment and restitution imposed by the Court.

**United States Probation Officer Plan/Justification:**  Ms. Wade is 66 years old and is in extremely poor health, complicated by her weight of approximately 350 pounds. Throughout the term of supervised release, Ms. Wade, along with her husband, have been subsisting on her husband's Social Security Disability Income which has varied between $1100 and $1200 per month. This income has not adequately provided the offender, her husband, and their two grandchildren, who reside with them, adequate monetary support to pay for all necessary monthly living expenses. Because of such, Ms. Wade has not had the resources to make any type of payment on the financial obligation imposed by the Court.

The United States Attorney's Office Financial Litigation Unit will be notified of this case and will continue to monitor Ms. Wade's financial status in the future. Accordingly, we are recommending that this case be allowed to expire as scheduled on April 22, 2006, without adverse action being taken against Ms. Wade for her failure to address her restitution and special assessment obligation in full during her period of supervision.

RE:   Lillie Mae WADE
      Docket Number:   2:01CR00232-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**
Telephone:  (916) 930-4306

DATED:   April 20, 2006
         Sacramento, California
         GPS/cp

REVIEWED BY:   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[x]   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date:  April 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      Laurel D. White, Assistant United States Attorney
      Mark Reichel, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)